IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

BURL COOK                                                                                            PLAINTIFF

v.                                              No. 4:05CV01138 GH

LINCOLN ELECTRIC COMPANY, ET AL.                                               DEFENDANTS

## ORDER

The August 24th motion (#42) for special appearance of Michael Noonan and Deirdre McGlinchey as co-counsel for Caterpillar is granted thereby mooting the August 19th motion (#38) for limited admission.

IT IS SO ORDERED this 13th day of October, 2005.

*/s/ George Howard, Jr.*
UNITED STATES DISTRICT JUDGE